only

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
DK4

RECEIVED IN CLERK'S OFFICE **CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**
U.S.D.C. Atlanta                                                                      MAY 1 0 2004

MAY 1 0 2004                    **IN THE UNITED STATES DISTRICT COURT** By: 

LUTHER D. THOMAS, Clerk
By:

LUTHER D. THOMAS, Clerk
                              **FOR THE NORTHERN DISTRICT OF GEORGIA**                Deputy Clerk
By: Deputy Clerk

04-CV 1311

CHARLES A. GAVETT - 1109845 and
CYNTHIA S. GAVETT - 1109850,
(Enter above the full name and prisoner
identification number of the plaintiff.)                                              -MHS

-vs-

Jimmy Thomas, Sheriff Pike Co., etal.,
Richard T. Whelan, Office of Commissioner of Insurance,
Wayne Woods, Investigator,
Dale Roberts, Investigator,
Sam Baity, Georgia Bureau of Investigation, And
(Enter above the full name of the defendant(s).) John and Jane Doe, 1-99, etal.

**I.    Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with (1) the same
facts involved in this action, or (2) otherwise relating to your imprisonment?

Yes ( )        No ( X )

B.    If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell
us whether the "old" case involves the same facts or other issues. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

2.    Court (if federal court, name the district; if state court, name the county):

_____

_____

3.    Docket Number: _____

/

**I.    Previous Lawsuits (Cont'd)**

4.    Name of judge to whom case was assigned: _____

5.    Did the previous case involve the same facts?

Yes ( )      No ( )

6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):

_____

_____

7.    Approximate date of filing lawsuit:    _____

8.    Approximate date of disposition:    _____

**II.    Exhaustion of Administrative Remedies**

A.    Place of Present Confinement:    Jefferson CCI, Lousville, GA  (plaintiff one)
Washington S.P., Davisboro, GA  (plaintiff two)

B.    Is there a prisoner grievance procedure in this institution?
Yes (✗)      No ( )

C.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )      No (✗)

D.    If your answer is YES:
1.    What steps did you take and what were the results?

_____

_____

_____

_____

_____

2.    If your answer is NO, explain why not:    This Complaint does not involve the state prison, but with the county jail's Sheriff Dept. where we formerly lived. I Attempted to file grievance with this department, but they repeatedly ignored my Attempts.

**III.    Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff(s): (1) Charles P. Gavett, 1109845

(2) Cynthia S. Gavett, 1109850

_____

_____

**III.    Parties (Cont'd)**

Address(es): (1) Jefferson CCI, 1159 Clarks mill Rd, Louisville, GA 30434
(2) Washington SP, P.O. Box 206, Davisboro, GA 31018

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

**B.**    Defendant(s): (1) Jimmy Thomas, Sheriff
(2) Richard T. Whelan

Employed as (1) Sheriff, Pike County, Georgia,
(2) Investigator, Office of Insurance Commissioner

at (1) P.O. Box 236, Zebulon, GA 30295
(2) Ste. 708, Tower 2, Martin Luther King Jr. Dr, SW, Atlanta, GA 30334

**IV.    Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Illegal Search and Seizure is a violation of our civil Rights:
Illegal Search warrant was issued the day after search of our home. Search warrant must be issued before a search. This can be verified by the media filming this event as deputies brought our belongings into Sheriff office after removing from our home.
All defendants, excluding Sheriff Jimmy Thomas, were present at our home during illegal search on 11/26/01, at approximately 9:30 pm - 10 pm.
Illegal Search & Seizure resulted in our loss of: $900. cash from Plaintiff Cynthia S. Gave His wallet, $100, J.C. Penney Co. gift card, mens 14 K gold nugget wedding band., (8) guns missing, totally unaccounted for, plus (26) guns Sheriff turned over to Receiver after being obtained from our home through an illegal search and seizure, (awaiting copy of complete gun list insured by State Farm Ins, Homeowners Policy), Assorted Tools in excess of $20,000, assorted furniture and outdoor equipment, and the removal and loss of two vehicles.
Sheriff Deputies and GBI Agent Sam Baity illegally removed our two vehicles from our home held @ Pike Co. Sheriff office refused to release vehicles to our family, even though officials DID NOT

III. Parties (Cont'd)

B. Defendants : (3) Wayne Woods , Investigator, Pike Co. Sheriff Office
(4) Dale Roberts , Investigator, Pike Co. Sheriff Office
(5) Sam Baity , Agent, GBI
(6) John and Jane Doe, 1-99, et. al.

Employed as : (3) Investigator., Pike Co. Sheriff Office
(4) Investigator, Pike Co. Sheriff Office
(5) Agent, GBI
(6) Employees / Deputies, Pike Co. Sheriff Office

At : (3) P.O. Box 236, Zebulon, GA 30295
(4) P.O. Box 236, Zebulon, GA 30295
(5) 49 Gay Connector, Greenville, GA 30222
(6) P.O. Box 236, Zebulon, GA 30295

## IV.   Statement of Claim (Cont'd)

have a court order authorizing them to remove and hold our vehicles. Our home and ALL belongings were Released back to us on 11/27/01, which should have/did include our two vehicles, but instead Sheriff Dept. refused to give our two vehicles to our family. Sheriff And D.A. purposely and maliciously, thru a joint effort, illegally held our assets incl. our 2 vehicles, without a court order, until they could be seized thru a civil action, with the assistance of the sheriff And D.A. (As stated by D.A. in court transcript; See Attached).

Our vehicles include a 1999, F350, 4x4 Lariot Superduty P/u with Accessories and a 2002 Ford 4x4 Expedition, Eddie Bauer model, These vehicles are not listed on the search warrants.

Illegal Search & seizure resulted in Deputies removing a two drawer fireproof file cabinet from our home. This cabinet is not listed on search warrant, nor are the contents contained in cabinet, itemized on the Sheriff inventory receipt. Cabinet did not contain any documents pertaining to the criminal proceeding, but did contain collector books and 1800's old family Bible, which are now missing.

Illegal Search has resulted in loss and damages to our former property located at; 205 Turner Road, Concord, GA

## V.   Relief

State briefly exactly what you want the Court to do for you.  **Make no legal arguments. Cite no cases or statutes.**

Plaintiffs pray that the Court grant the relief to which they are entitled in this proceeding, including;

(1) That Plaintiffs be awarded compensatory damages against the Defendants in their individual capacities for the losses of All their belongings and two vehicles obtained in the illegal search and illegal removal of vehicles from Plaintiffs property and possession, without a court order;

(2) That Plaintiffs be awarded such amounts as may be determined by the Court to include Attorney fees, penitivive damages and such other damages as the laws may provide under those circumstances.

(3) That Plaintiffs be awarded such amounts for pain and suffering they have incurred from the loss of their personal belongings and vehicles.

(4) That Plaintiffs have other such relief as this Court deems just and proper under the circumstances.

IV. Statement of Claim (cont'd)

Illegal Search and Seizure resulted in illegally found evidence to be used against us in the criminal court, and to coerce us into making harmful and wrong decisions in our criminals actions. The taint of Illegal procurement forbids its use as evidence. Evidence obtained under a void warrant (or no warrant) is evidence illegally obtained. Sheriff Deputies had no searchwarrant, and lack of probable cause which invalidated the arrest, therefore voids the search incident to arrest.

During the period between 11/26/01 through 4/30/02, Plaintiff Cynthia S. Gavett was incarcerated in an approximate 8'x 12' holding cell, at the Pike County Jail. During this period, Ms. Gavett was only allowed out at yard call three times. This holding cell, the majority of the time, held three women, with one sleeping on the floor.

## V.    Relief (Cont'd)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed this ___22___ day of ___April_____, 2004


_Charles A. Jovett_
Signature of Plaintiff  (pro se

_Cynthia S. Govett_
Signature of Plaintiff pro se

STATE OF ___GEORGIA_____
COUNTY (CITY) OF ___Washington___

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON ___4/22/04_____
                    (Date)


_Cynthia S. Govett_
Signature of Plaintiff       pro se

_Charles A. Jovett_
Signature of Plaintiff       pro se

once you've submitted the application that is in effect insurance fraud.

All of their assets have been frozen, and they had substantial assets when we got to them. The insurance companies have filed R.I.C.O. actions against them just to see how they're going to divvy it up.

THE COURT: I understand.

MR. MCBROOM: And that's the reason I didn't ask for restitution, ~~to have preserved the assets~~ and now they're trying to see how they want to break it down.

Is that --

MR. O'NEILL: Yes, Your Honor. And in that regard, at the time my clients tendered a balance of the funds they had received and -- immediately to the district attorney's office, which were added to those assets, which are now in receivership.

In effect the funds that were obtained were tendered back and everything that had been either purchased or encumbered in that effect was tendered in terms of making full and complete restitution.

The receivership has taken under its umbrella, so to speak, all remaining assets of the defendants, including their home and property here in Pike County, their personal effects; everything is in receivership in that regard.

8

Warrant # 01-195W

# SEARCH WARRANT
## IN THE Magistrate COURT OF PIKE COUNTY
### STATE OF GEORGIA

**To:    Any Peace Officer in the State of Georgia**

Having considered the statements contained in the affidavit (and additional facts presented by Affiant under oath), and having determined that probable cause exists to believe that the person named in the affidavit is violating the law of Georgia in the manner stated, you are hereby commanded to enter the premises located at:

At 208 Turner Rd., Concord, Pike County, Georgia 30206, directions to location are as follows: going north on Concord – Hollonville Rd., from Concord, Georgia, turn east onto Turner Rd. go approximately 5/10's of a mile, the 2nd residential driveway on the right. Marked by a black mailbox no numbers displayed sitting on a concrete mail post and driveway has a silver metal gate access. Concrete pillars are set at entrance. Residence is approximately ¼ mile down a long dirt/gravel driveway and is described as brick frame, two-story white trim, and dark colored roof. The backyard is enclosed by chain link fence. Two metal storage sheds are to the back left side of the house. A red colored barn with white colored door sits to the front left of the house. A metal building approximately 100 yards from the entrance of the driveway sits to the right side of the drive as you approach the residence. A large moving van type truck is parked in front of the metal building. There is a black Ford Expedition and a Dark Green 4-door 4x4 Ford Truck at the residence.

And to search such premises and the person (s) named, and any other person on such premises who it appears is violating such law.

O.C.G.A. 33-1-9          Fraudulent Insurance Claims

The search shall be for the discovery and seizure of

A lap top computer, a desk top computer, computer disks, ledgers, papers, notebooks, records and documentation pertaining to trip to New York during month of September, 2001. Specifically a day planner or calendar notebook with entries pertaining to New York World Trade Center. All other documentation and evidence pertaining to the death of Cynthia S Gavett and / or claims of death of Cynthia S Gavett.

You may use such force as is reasonable in gaining entry upon or into such premises.

You shall, without unnecessary delay and under oath, file a written return and inventory of the objects seized with the undersigned judge or with any other court having competent jurisdiction.

If this search warrant is not executed within ten (10) days of the time and date set forth below, it shall be returned to the undersigned immediately after the expiration of such time.

You may not execute this search warrant as a "No Knock" search warrant.

Time and Date of Issuance: _12 : 30_ , _P_ m., _11/27_ _2001_.

_Priscilla Killingsworth_

Judge, Magistrate Court of Pike County

January 26, 2004

Mr. Jimmy Thomas, Sheriff
Pike County Sheriff Dept.
P.O. Box 236
Zebulon, GA 30295

Dear Sheriff Thomas,

Pursuant to my letters addressed to you on December 15th and 23rd, and the to the Chief Hadley on 01/28/03, I am still awaiting information from your office on procedures for filing a grievance and grievance form, to which my requests for it is has gone unanswered.

In reference to inventory list it will be sending with late 1/21/04 letter, those documents are incomplete, the department did not document what was contained in my January file cabinet, nor were these contents listed on search warrant. There were many valuable personal belongings and files in it that are all not accounted for. Who has the itemized list of contents that you are provide to me?

Also, please advise where remainder of guns that were in our home at time of arrest, but were not given to receiver, are at, also cash, and other personal items I listed in previous letters, along with personal files deputies remaved from my home which had nothing to do with insurance fraud.

Sincerely,
Cyndi Garrett

December 25, 2003

Jimmy Thomas, Sheriff
Pike County Sheriff Dept.
P.O. Box 236
Zebulon, GA 30295

Dear Sheriff Thomas,

Pursuant to my letter addressed to you on December 15, 2003, I am still awaiting the requested documents which include; copies of all _____ and _____ _____ _____ _____ _____ _____ This information should also include a detailed _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ have not been _____

Also include detailed inventory list of all items Sheriff dept. gave to brother Gerald of our belongings again which _____ _____ _____ _____ _____ in file cabinet safe and other files removed from our _____ _____ _____ _____ _____. This includes fiction _____ _____ _____ _____ _____ and Edton's 1984 file on old charge that was expunged.

Please provide me with _____ _____ instruction and several forms to file grievances and claims against the Pike County Sheriff office.

Sincerely,

Cyndi Gerald

cc: Attorney General and _____ Stokes, Esq.

P.O. Box 236
Zebulon, Georgia 30295



770-567-8431
Fax: (770) 567-2032

# Pike County Sheriff's Office
## JIMMY THOMAS, SHERIFF

Date: December 23, 2003

To: Cyndi Gavett

From: Lt. Chuck Hutto

RE: List of item's returned to daughter

Mrs. Gavett,

In response to your letter dated 12-15-2003, I have enclosed a copy of the inventory sheet of item's returned to Heather on 09-08-2003. Also I believe you are familiar with civil action file No: 3:01-CV-171-JTC; (RE: guns) Enclosed is a list of the guns we had in evidence which were transferred to army navy outdoors in accordance with the civil action order mentioned above. As far as the cashier checks, cash money, keys and checkbooks these items will be followed up on. You may want to contact Richard J. Whelen who was the case agent and see what information he can provide you.

If I can be of further assistance please let me know.

Thank You,

Lt. Chuck Hutto

# Pike County Sheriff's Office
## JIMMY THOMAS, SHERIFF

P.O. Box 236

Zebulon, GA 30295

Dear Sheriff Thomas,

This is my second request to your office, to mail to me copies of all those checks you received from us, the $10,000 cash money, the $900. cash missing out of your deputies Removed from my wallet during

___ stolen from my wallet

_____ personal

____ nor

my Checkbook checkbook disks and Zippered Leather Portfolio

I would like for you to be aware of and investigate, whom at the Sheriff's office _____ Estate documents (which has nothing to do with _____ nor a search warrant). My mother has become a victim of identity fraud, which originated in Georgia. Your office is the only one who has access to our personal information. My mother has been in contact with the three credit reporting agencies and their investigators.

I await your response. Thank you.

Sincerely,



P.O. Box 236
Zebulon, Georgia 30295

770-567-8431
Fax: (770) 567-2032

# Pike County Sheriff's Office
## JIMMY THOMAS, SHERIFF

January 7, 2003

Mr. Charles A. Gavett
EF#497745 Q-1-12 T
Dodge State Prison
Pob 276
Chester Georgia
31012

Mr. Gavett:

In response to your letter I received on Monday January 6, 2003. I have contacted the District Attorney's Office to get the item's you requested released. Once I have been sent a release letter I will Contact you so you can make arrangement's to have the item's picked up. According to your letter there should be Guns, a File cabinet, $ 900.00 + in U S Currency, along with $100.00 in pennies and some gift cards.

Sincerely,

Sgt. Chuck Hutto
Asst. Evidence Custodian

January 2, 2003

Lt. Chuck Hutto
Pike County Sheriff Office
P.O. Box 236
Zebulon, GA 30295

Re: Missing personal belongings removed from our home on 11/26/01

Lt. Hutto,

Thank you for responding to my previous letter. Unfortunately almost two years after arrest, I am still not receiving an answer to where our missing guns are at. I am fully aware of the civil action and your office turning over (17) of our guns to Receiver. At the time of arrest, we had (24) gun in our home, plus pellet gun, sheriff receipt only states (17), where are the balance of our guns? Since we never bonded out, and attorney did not find any guns in house immediately following your search of it, and my family never received any — where are missing guns? Furthermore, the D.A.'s office sent me a letter last week informing me that sheriff office should have copies of cash and checks.

At time of arrest, I had $900. cash in my wallet (also confirmed by your dept. to my attorney), a $100. JC Penney gift card and my husbands gold nugget wedding band. Since my purse was emptied and items thrown all over my room, all these items are missing and need to be accounted for. Does your office have Claims forms and Grievance forms? Thx

Sincerely, Cyndi Gowett

**District Attorney**

**Griffin Judicial Circuit**

Judicial Circuit     PIKE COUNTY OFFICE          SUPERIOR COURTS

               P.O. Box 356

Spalding County Courthouse,   GEORGIA         PIKE COUNTY

                                                                         UPSON COUNTY

               FAX 770-567-72##

132 East Solomon Street

Griffin, GA 30224

December 22, 2003

Dear Mr. McBroom,

Cynthia Gavett

W.S.P. - 1109850-G2

...pursuant to my letter sent to you on December 15, 2003, requesting copies

...receipts taken from me and my husband at time of arrest, please

...be aware that I am still awaiting those documents.

...to court

...checks, any monies that was taken or a KJ... the State vs

...Assumed items examined. Show... to me during search that is not

listed on inventory receipt from Sheriff dept. Where are All contents that

Our office has no authority to gather the information that was requested on your behalf, I regret that

...of assistance... in this... I suggest for you to contact the

Sheriff's Department for information on property that was seized, as we have never had custody of

...Please provide me with procedural information And forms to file

...grievances And claims with your office. Thank you.

Sincerely,                               Sincerely,

Cyndi Gavett

                                          Lisa Y. Rodriguez

                                          Secretary to District Attorney

cc: Attorney General Atlanta Ga

    M. Stokes, Esq.



# District Attorney
## Griffin Judicial Circuit

**WILLIAM T. McBROOM**
**DISTRICT ATTORNEY**

PIKE COUNTY OFFICE
P.O. Box 550
ZEBULON, GEORGIA 30295
770-567-2020
FAX 770-567-7294

SUPERIOR COURTS
FAYETTE COUNTY
PIKE COUNTY
SPALDING COUNTY
UPSON COUNTY

December 22, 2003

Cynthia. Gavett
W.S.P. - 1109850-G2
P. O. Box 206
Davisboro, GA 31018

Dear Ms. Gavett:

This letter is in response to your request dated December18, 2003, regarding the State vs. Cynthia Gavett. Our Office does not have the information that you have requested, eg., copies of cashiers checks, any monies that was taken, or a JCPenney gift card. Previously, on July 29, 2003 , our office sent to you 60 pages of our records. That is the extent of our records.

Our office has no authority to gather the information that you requested on your behalf, I regret that we can no longer be of assistance to you in this matter. I would suggest for you to contact the Sheriff's Department for information on property that was seized, as we have never had custody of any of it.

Sincerely,

Anita S. Rodriguez
Secretary to District Attorney

December 15, 2003

Clerk Thomas J. McBroom District Attorney

_____ Judicial Circuit

P.O. Box 871

Thompson, GA 30086

Dear Mr. McBroom,

I am requesting from your office to mail to me copies of all Cashiers _____ received from _____ the _____ cash in any _____ $500. Cash money _____

_____

_____ seized.

_____ the Elbe County Sheriff

_____ has turned to ___

_____ file cabinet safe _____

Sent the Sheriff a second request of this information and have not

received a response.

There was several items unaccounted for including my 3 personal Jawbones, Quicken & Quickbooks disks, and a leather zippered portfolio removed from the Ford F350.

Valuable Old Family Books and seven missing guns (not listed on gun inventory receipt) are still unaccounted for. I have been requesting this information since our arrest. Sheriff it was to be acknowledged last January they were looking for missing items and would discuss with your office yet again. I have never received a response since that letter.

RECEIVED ~ ~ OFFICE
U.S.L ~

MAY 1 0 2004

LUTHER D. THOMAS, Clerk
By ~ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

-MHS

CHARLES ALLEN GAVETT AND )

CYNTHIA GAVETT, )

    Plaintiffs, )

                    )

V. ) CIVIL ACTION NO.:

                    )

Jimmy Thomas, Sheriff, )

John AND JANE DOE's, et.al., )

    Defendants. )

                    )

## AFFADAVIT OF SPECIAL NOTIFICATION

We, Charles Allen Gavett and Cynthia Gavett, being first duly sworn or under penalty of perjury, affirm and say that we are the Plaintiffs in the above-styled action, and do affirm that we have timely filed the 42 U.S.C. §1983 Complaint, on or before the last day for filing, April 30, 2004.

Motion of Complaint has been deposited in Washington State Prison, Davisboro, Georgia internal mail system on April 22, 2004.

via first-class postage, prepaid, in the U.S. mail.

We understand that a false statement or answer to any questions in this affidavit will subject us to penalties for perjury

_Charles Allen Gavitt_
CHARLES ALLEN GAVITT, pro se

_Cynthia Gavitt_
CYNTHIA GAVITT, pro se

SUBSCRIBED AND SWORN TO before me this __22__ day of April, 2004.

_Frankie Jackson_
NOTARY PUBLIC

MY COMMISSION

2.

RECEIVED IN CLERK'S OFFICE
U.S.D.C.

MAY 1 0 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

## Certificate of Service

I hereby certify that a true and accurate copy of the foregoing document has been served upon the following party(ies) by placing the same, postage prepaid in the United States mail this the __22__ day of __April__, 200_4_.

___Clerk of the U.S. District Court___

___Northern District of Georgia___

___2211 U.S. Courthouse___

___75 Spring Street, S.W.___
___Atlanta, GA 30303___

___Cynthia S. Gawett___ **Pro Se**
**PO** Box 206  W.S.P. -1109850
Davisboro GA 31018-0206